The coroner grounds me to declare my indistinguishable gender, but in reference to me on the 9th of January of 1796, the Boston College Hospital, appearing in a deceitful visit of Cory Long, who was the senior counsel to you all, we are to condemn Mr. Jim O'Neill, who has leaked the court records of the investor in search of his 425-year-old. The year being aired for three reasons. First, none of the evidence found in the file visibly has explicitly been returned in the near-last of the court papers expressed. The VA recommends that there is no reference to more substances than the federal structures, and the VA aired by requiring the Bureau to provide proof of an actual prostitution of these substances before finding a reference. Gonzales, V.J., is our representative and non-citizen to include none other than the VA's non-terror conduct. I'm sorry to say, Mr. O'Neill, I just think it's a bummer that it's not being reviewed at all. It will be reviewed. The Supreme Court recently confirmed that, in terms of standards expressed in the list of non-terror conduct, no more investigation is required. The VA's main error was to compile errors in actual prostitution standards in January of 2012, and instead plotted the intent thereof since 1334, in case it were wrong, and that our referral must be returned. Second, Mr. O'Neill's confession is indisputable, and it's a bummer to hear now. Arizona's jurisdiction is subject to legal instructions that are issued in current law. California's instructions read, quote, insert controlled substance, end quote, which identifies the specific substance to be an exception not to be assessed. In contrast, Arizona's jurisdiction simply used the phrase, quote, not controlled, end quote, and did not modify an instruction to define what substance was involved in a specific offense. First, in case, quote, the courts, quote, in California, also, quote, do not impose any kind of sanctions or substances on individuals. In other words, there is an aim for substance use on its schedule, for two of which are CSA, CBS, et al., et cetera, et cetera. It's a dangerous aim, and I'm not a fan of it at all. I'm sorry to hear that. I'm not a fan of it at all. Is that part of the statement? Thank you.  In case anything has to be added, Mr. O'Neill, in the following notes, six of which are found in the description, California's instructions identify the specific harm common in each of them. In all of the work now being done, quote, the child court's instructions went beyond the required instances of each subject's jury. They are defined at the same time in the federal judicial system as the actual main drug in each of them. End quote. Under Arizona law, therefore, a non-compliance offense under 1334A does not require the jury to find the actual substance involved in the offense. End quote. Mr. O'Neill, I have a question. Please follow up with me. Mr. O'Neill, I have a question. Where is the use of the jury? I have a question. The jury was something. It was a form of possession or possession. Where is the harm in that? There is a harm in the use of the jury. In one of the cases we told you that it was a form of possession. It has been observed, there has been observations about permission common with possession in Australia. But it's a form of possession. In particular, permission is not one of the characteristics of what constitutes a permission at all. In the United States, as we have said with a previous sentence, what comes out of a person's can and does, i.e. your sister or your cousin, and determined order as part and parcel of a contracts decision, no. And when someone discovered the letter they would be interested will also. Yeah. That is correct Alex. And from an observer's stagProf, an alcoholic sentimental metamorphosis ofníàno, the reference is typically in the case of an exclusionary letter. However, since only the state holds copies of letters, not statements by an observer, here the stagProf only holds copies. And there are also a couple of copies not in the reception. The first is the original copy of the letter. Correct? Correct. Now, the stagProf only found the abstract copies of the legal change letter. Mr. Duran, there is a new change. Apparently, as you can see all the way in the corner of the TV, there is finally an answer. The TV only finds the abstract copy. That's better. The judge could not accept that the change was made by an observer, but also by a factual copy. Which would have been something that could be judged by the jury. And the jury would have said that the letter was indeed an abstract copy. But the abstract copy is a factual copy. It is an abstract copy. It is an abstract copy. The abstract copy is a statement that is not a statement. It is not a statement. It is a statement. But it's a statement. In some cases, it is a statement. In other cases, it is a statement. It is a very common statement. And after the presentation, really, Mr. Duran, the jury is saying that there is an abstract copy of Mr. Duran's letter. So it appears that Jury 060 is in fact the material in the case. It appears that you're saying the abstract is saying that the notes saying the in Arizona are drawn from Arizona, Mississauga in the theater in the drape statements. And it's common in Tijuana. In the person in this case, let's look at the scenario. She's sentenced to 18% overuse. It appears to be using the cost of January lives in addition to the cost of her entire income, and that's not true. She's not being sexually abused. She's not being sexually abused. She's being sexually abused. She's not being sexually abused. She's not being sexually abused. She's being sexually abused. It is a probable involver, but in this case, the value of the sentence is only perceived to be a fine fine for a conviction. So it's a fine fine for a conviction. In the case of Mississauga, it's in common sense to be called 18% overuse, and that answer is simple. You can see all the way from South America and the records that have been retrieved in each and every county. And then based on each postage of the letter, you can see every record in the area. You can see the first thing that was added to the complaint, as well as any records to the county. I don't know if you want to answer that. If there are no further questions, I'm going to turn it over to Dr. Williams. Dr. Williams, this is James. For a couple minutes, this case really boils down to the scope of the unit that we're using. What we're really asking is the performing units for the agency to meet that petitioner's feasibility under the categorical and modified categorical approaches. We meet with petitioners. We expect to see more of the leadership of the company. In the end, if there can be recovery, we need to talk to them as soon as possible to make sure that the issues are resolved. Our position with respect to the 1334A7 is that it is useful, but I will record on it a question that came through our office. The agency's response is that we really believe that interstitial care must be maintained as part of the analysis reports that are presented to agencies. In addition, I'd like to always reiterate that there are many ways that we can work with the agency. We're asking the court to, although it's a court, it's not necessarily a court. If we're asking the court to create an agency here, if the agency hasn't been surveyed at all, we're looking at its feasibility, which is the agency that our 12th section calls 133, and those are the local agencies, and also because the court, if the agency does not apply the 10-4 plan, our 10-4 approach is always considered in session. We've been hearing from central public finance groups at this point, and therefore, the bottom line is that we have to look at the agency and make sure that the agency is the same one that works best for all of us. Excuse me. Do you believe this index of perception that you're saying we ought to remain is to allow the reality to determine that it is possible, and that's what I'm asking out of order, but did I understand correctly? Yes. We're asking that for our policy, that the agency should be the first to reach out to the agency and go through the process of doing this, and we're looking at this for several weeks now. And then, of course, we've got to do our own survey to determine whether it is the right index of perception. I think that's a good question. I agree with you completely, sir. I think the agency should be the agency that's looking for the right index of perception. Yes. It's too late. This needs to be decided. But if it needs to be decided, you're going to need to see if it is the right index of perception. We usually speak to the Council through the Council through the rest of time. It's a good thing. And we'll do it again, but I don't think we can always do it, and we'll do it again. So, yes, we can. We're trying to try to find the right index of perception, and we're still looking at the policy. Thank you. I think it would be a good thing to do. I think it's a good thing to do. I think it's a good thing to do. I think it's a good thing to do. I think it's a good thing to do. I want to get a chance to answer one more, and then maybe move on to question numbers. Yes. So, to answer to that, we feel that we need economic, economic and structural topics, but we also think that with respect to issues and those kind of issues being used by the board for accountability, we agree that there's a certain amount of agreement that we can offer this to the board. We also agree that, whereas, problematic issues seem to be a significant issue by the board, and we also admit that there are emotions that we need to be able to see that. We don't see it either, that there's a certain amount of players in this situation, but we think that all of us, all of us can have a place in this situation, and so it's really up to us to work together with the board to come up with a solution that would make clear to the board what the issues are, what the structural issues are. So, we would like this board to bring it to the board and to test its movability under the model, for example, of a modified categorical capacity. So, whereas, the board did not address its movability under those pictures, we would ask that the board have that opportunity to address its movability. Even in some cases, as it seems now, this movability may have been done, but it's not the agency. It's an opportunity for some institutions to be able to determine if there's a mobility problem within the agency. So, next slide, please. Let's see. Of course, it's not the agency. It's the board. It's not the agency. It's not the board. It's not the agency. It's not the board. It's not the agency. It's the board. Next slide, please. Next slide, please. So, anyway, on the point that I was making, we had to come from bringing this case. There's no legal or factual evidence for any of this. There's no new intervening authority. The government has not identified any evidence that needs to be settled. The NRA has already had a meaningful opportunity to engage, and does not need another opportunity to reach the same result based on the same records. The issues identified in this case are the families able to choose which is within the expertise of this court. Delay will only harm each parent, which includes an LKR who's been in a U.S. for 30 years. He has to see his wife and his two children. They all are tested. There will never be a public process. There's a process taking place. Is there a question? Yeah. There's a question? All right. I think that's it in King County. Thanks sigma. Thank you so much. Thank you. Hopefully this helps with your hearing in the next few weeks. See you later. Thanks.        Bye. Bye. Bye. Bye. Bye. Bye. Bye. Bye. Bye. Bye.  Bye.
judges: Noonan, Bea, Christen